**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 14-cv-02896-KLM

PAM CONNOR,

        Plaintiff,

v.

AR RESOURCES, INC., a Pennsylvania corporation,

        Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served April 13, 2015 and the acceptance thereof filed April 13, 2015, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Pam Connor and against the Defendant AR Resources, Inc. in the amount of Five Thousand Two Hundred Fifty Dollars ($5,250.00), said amount is inclusive of Plaintiff's costs and reasonable attorney's fees to date.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of __0.22%__ from the date of entry of Judgment.

DATED at Denver, Colorado this __14th__ day of April, 2015.

                                              JEFFREY P. COLWELL, CLERK

                                        By: __s/M. Ortiz__
                                                Monique Ortiz, Deputy Clerk